William JOHNSON and Gloria Johnson, Plaintiffs–Respondents,

v.

CORNERSTONE INSTITUTIONAL BAPTIST CHURCH, Respondent–Appellant.

No. 53443.

Missouri Court of Appeals, Eastern District, Division Four.

April 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1988.

Application to Transfer Denied July 26, 1988.

Peggy T. Hardge, St. Louis, for respondent-appellant.

Charles Larry Bussey, St. Louis, for plaintiffs-respondents.

ORDER

PER CURIAM.

Defendant, Cornerstone Institutional Baptist Church, appeals from the grant of summary judgment in favor of plaintiffs, William Johnson and Gloria Johnson in a unlawful detainer action. Plaintiffs were awarded a judgment for possession of the premises and damages for the unlawful detention.

The judgment of the trial court is affirmed. Rule 84.16(b).

Plaintiffs' motion for damages for frivolous appeal and for dismissal is denied.